**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:21-cv-00090-MR**

| | |
|---|---|
| **ROBERT WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   <u>**ORDER**</u> |
| | ) |
| **DANIEL HATLEY,** | ) |
| | )                    ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** comes before the Court *sua sponte* on the parties'
failure to move for summary judgment in this matter.

The parties are directed to notify the Court within fourteen (14) days of
this Order if they object to participating in a judicial settlement conference
pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a
trial.

The parties are advised that, should a judicial settlement conference
being undertaken in this matter to facilitate settlement, there is no
requirement that the case settle through such a conference.  Rather, if a
judicial settlement conference were unsuccessful, the matter would proceed
to trial.  Should either or both parties object to a judicial settlement
conference in this matter, the matter will be set for trial to occur as soon as

feasible.

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties shall notify the Court

within fourteen (14) days of this Order if they object to a judicial settlement

conference in this matter in accordance with the terms of this Order.

**IT IS SO ORDERED**.

Signed: October 27, 2022

Martin Reidinger
Chief United States District Judge

2