IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00090-MR

| ROBERT WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| DANIEL HATLEY, | ) | |
| Defendant. | ) | |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 49.

A judicial settlement conference is set for **Thursday, January 5, 2023 from 9:30 a.m. to 11:30 a.m**.

The conference will be conducted by telephone. Call-in information will be provided to counsel for the parties by separate communication.

The parties and their counsel may participate in the conference from any location they deem appropriate, provided that each party and his counsel are in a single location (e.g., Plaintiff and Plaintiff's counsel are located at counsel's office).

Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the

1

extent Defendant himself does not have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel, though may be located elsewhere.

Any request seeking permission to modify the terms of this Order shall be filed no later **than December 29, 2022** or be subject to summary denial.

It is so ordered.

Signed: November 30, 2022

W. Carleton Metcalf
United States Magistrate Judge