IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00090-GCM

| | |
|---|---|
| ROBERT WILLIAMS,<br><br>    **Plaintiff,**<br><br>v.<br><br>FNU HATLEY,<br><br>    **Defendant.** | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

    TO: Warden, New Hanover County Detention Facility, Castle Hayne, North Carolina.

    **IT IS ORDERED** that the Warden New Hanover County Detention Facility shall have inmate-witness **Patrick Terrell Fields** available to testify by videoconferencing, or alternatively by telephone, beginning at 1:00 pm on Monday, January 22, 2024 until completion of the trial or as ordered by the court. **The Warden of New Hanover County Detention Facility shall ensure that Mr. Fields is available to testify each and every day of the trial until the trial is completed or until he is excused by the Court.**

    **IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, and the Warden of New Hanover County Detention Facility at 3950 Juvenile Center Road, Castle Hayne, NC 28429.

Signed: January 16, 2024

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge