IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00090-GCM

| ROBERT WILLIAMS, | |
|---|---|
| Plaintiff, | |
| v. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| FNU HATLEY, | |
| Defendant. | |

**TO:** Warden, Davidson Correctional Center, Lexington, North Carolina.

**IT IS ORDERED** that the Warden of Davidson Correctional Center shall have inmate-witness **Todd Gaston (offender number 0589570)** available to testify by videoconferencing, or alternatively by telephone, beginning at 1:00 pm on Monday, January 22, 2024 until completion of the trial or as ordered by the court. **The Warden of Davidson Correctional Center shall ensure that Mr. Gaston is available to testify each and every day of trial until the trial is completed or until he is excused by the Court.**

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of Davidson Correctional Center at 1400 Thomason Street, Lexington, NC 27929.

Signed: January 16, 2024

Graham C. Mullen
United States District Judge