# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00090-GCM

**ROBERT WILLIAMS,**

    **Plaintiff,**

v.                                   **ORDER**

**FNU HATLEY,**

    **Defendant.**

**THIS MATTER** comes before the Court *sua sponte*. On January 18, 2024, the parties filed a Notice of Settlement (Doc. No. 79) in this case stating that they expect to file a dismissal within 14 days. Therefore, the Writs of Habeas Corpus ad Testificandum for inmate-witnesses Patrick Terrell Fields and Todd Gaston for appearance on January 22, 2024, (Docs. No. 73, 74), will be vacated. The parties are directed to file a stipulation of dismissal within 14 days, or this case will be dismissed without prejudice. All pending motions are dismissed as moot due to the settlement.

**IT IS THEREFORE ORDERED** that:

1. The Writ of Habeas Corpus ad Testificandum for Patrick Terrell Fields, (Doc. No. 73), is **VACATED**.

2. The Writ of Habeas Corpus ad Testificandum for Todd Gaston, (Doc. No. 74), is **VACATED**.

3. The parties shall file a stipulation of dismissal within 14 days.

4. All pending motions are dismissed as moot.

5. The Clerk is respectfully directed to send a copy of this Order to the Warden of New Hanover County Detention Facility at 3950 Juvenile Center Road, Castle Hayne, NC 28429, and the Warden of Davidson Correctional Center at 1400 Thomason Street, Lexington, NC 27929.

Signed: January 18, 2024

Graham C. Mullen
United States District Judge